**Re: Case No. 14-14-00975-CV**

Style: William A. Baldwin v. LPP Mortgage, Ltd

January 9, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
JAN 09 2015
CHRISTOPHER A. PRINE
CLERK

To: Christopher Prine, Clerk

Fourteenth Court of Appeals

.Dear Mr. Prine:

In response to your December 31, 2015 letter, I am currently in the process of preparing an affidavit of indigence to be filed with the appellate court. I qualified for indigence in the original court (County Court No. 3), and I would anticipate qualifying for it in the Fourteenth Court of Appeals as well.

I would ask that the Court not dismiss my appeal until such time as I have been able to prepare and file this affidavit.

Sincerely,

William A. Baldwin, Appellant

7627 Glen Prairie .

Houston, Tx 77061